# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| SULEJMAN NICAJ, )<br>)<br>        Plaintiff, )<br>)<br>v. )<br>)<br>SHOE CARNIVAL, INC., )<br>)<br>        Defendant. ) | 13-cv-7793 |

## DEFENDANT SHOE CARNIVAL'S RULE 12(c) MOTION
## FOR JUDGMENT ON THE PLEADINGS

Defendant Shoe Carnival, Inc. respectfully submits this motion for judgment on the pleadings pursuant to Federal Rule of Civil Procedure 12(c) for the reasons stated in the memorandum concurrently filed with this motion.

WHEREFORE, Shoe Carnival, Inc. respectfully requests that this Court grant its motion and enter judgment in favor of Shoe Carnival, Inc.


Dated: December 13, 2013

Respectfully submitted,
SHOE CARNIVAL, INC.


/s/ *Trina K. Taylor*
By one of its attorneys


Aaron D. Van Oort
Deborah A. Ellingboe, *admitted pro hac vice*
Faegre Baker Daniels LLP
2200 Wells Fargo Center
90 S. Seventh Street
Minneapolis, Minnesota 55402
612-766-7000
aaron.vanoort@faegrebd.com
debbie.ellingboe@faegrebd.com

Trina K. Taylor
Faegre Baker Daniels LLP
311 S. Wacker Drive, Suite 4400
Chicago, Illinois 60606
312-212-6500
trina.taylor@faegrebd.com

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was filed electronically and notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                    /s/  *Trina K. Taylor*